IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO. 5:25-CV-00153-D-KS

| | |
|---|---|
| DAVID ALLEN COMPANY, INC., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COLUMBIA CASUALTY COMPANY, ) <br> Defendant. ) | **ORDER GRANTING** <br> **JOINT MOTION TO STAY** |

THIS MATTER is before the Court upon the Parties' Joint Motion to Stay ("Motion"). Having considered the Motion, the Court finds good cause to stay litigation of Plaintiff's Third Claim For Relief (Bad Faith) and Fourth Claim For Relief (Unfair and Deceptive Trade Practices) (collectively, Plaintiff's "Tort Claims"), pending resolution—whether by their final adjudication or by resolution reached by the Parties—of Plaintiff's First Claim For Relief (Declaratory Judgment) and Second Claim For Relief (Breach of Contract) (collectively, Plaintiff's "Contract Claims").

It is therefore ORDERED that the Joint Motion to Stay is GRANTED. Following the resolution of the Contract Claims, the Parties will each provide the Court within a reasonable period of time, not to exceed thirty (30) days, briefing that outlines their respective positions concerning when and where the Tort Claims should proceed.

SO ORDERED. This the _22_ day of May, 2025.

_____
JAMES C. DEVER III
United States District Judge